LAW OFFICES OF ILIJA CVETICH
ILIJA CVETICH, STATE BAR NO: 133534
3465 American River Drive, Suite B
Sacramento, CA 95864
(916) 488-1930

Attorney for Plaintiff,
Lisa Ann McCann

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LISA ANN McCANN                           ) Case:  2:10-CV-02837-EFB
                                          )
          Plaintiff,                      )
                                          )
               v.                         ) **[proposed] ORDER**
                                          ) **EXTENDING PLAINTIFF'S TIME TO**
MICHAEL J. ASTRUE,                        ) **RESPOND TO DEFENDANT'S CROSS-**
Commissioner of Social Security,          ) **MOTION FOR SUMMARY JUDGMENT**
                                          )
          Defendant.                      )
                                          )

        Pursuant to the stipulation of the parties showing good cause for a requested first

extension of Plaintiff's time to respond to Defendant's cross-motion, the request is hereby

APPROVED.

        Plaintiff shall file her response on or before August 3, 2011.

        SO ORDERED.

        DATED:  July 12, 2011

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT